**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jose Alberto TAPIA–HERNANDEZ, Defendant—Appellant.**

No. 06–10320.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 14, 2009.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Bruce M. Ferg, USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

MEMORANDUM **

Jose Alberto Tapia–Hernandez appeals from the 57–month sentence imposed following his guilty-plea conviction for illegal reentry after deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Tapia–Hernandez contends that the district court erred by treating the Guidelines as presumptively reasonable in the absence of extraordinary factors to justify a downward variance. The district court did not procedurally err by concluding that a sentence below the Guidelines range was not warranted in light of the circumstances of the case. *See United States v. Carty,* 520 F.3d 984, 994–95 (9th Cir.2008) (en banc).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

